**FILED**
At Albuquerque, NM

FEB 11 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 25-CR-242 MLG |
| vs. | ) | 18 U.S.C. §§ 111(a) and (b): Assault Upon a Federal Officer Inflicting Bodily Injury. |
| **ANTONIO CHACO,** | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about November 5, 2024, in Cibola County, in the District of New Mexico, the defendant, **ANTONIO CHACO**, intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Jane Doe, an officer and employee of CoreCivic, Inc., while Jane Doe was assisting officers and employees of the United States Marshals Service in the performance of official duties and on account of that assistance, and in the commission of such acts inflicted bodily injury by striking, pinning down, and choking Jane Doe.

In violation of 18 U.S.C. §§ 111(a) and (b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_(signature)_
Assistant United States Attorney